UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24291-CIV-ZLOCH

JONATHAN PADILLA

      Plaintiff,

vs.                                          **O R D E R**

BAYVIEW LOAN SERVICING, LLC,

      Defendant.

_____/

THIS MATTER is before the Court upon Defendant Motion To Dismiss Complaint, Or, Alternatively, Motion For A More Definite Statement, And Incorporated Memorandum Of Law (DE 6).  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

The Court notes that the legal issues raised by Defendant's Motion To Dismiss (DE 6) are more properly addressed in a Motion For Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

Further, the Court notes that a motion for more definite statement is a disfavored motion because the Federal Rules of Civil Procedure employ the concept of notice pleading and allow for liberal discovery.  Scarfato v. Nat'l Cash Register Corp., 830 F. Supp. 1441, 1443 (M.D. Fla. 1993).  Such a motion should only be granted where "a pleading . . . is so vague or ambiguous that a

party cannot reasonably be required to frame a responsive pleading . . . ." Fed. R. Civ. P. 12(e).  Plaintiff's Complaint (DE 1) is neither so vague nor so ambiguous as to justify the granting of the instant Motion (DE 11).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Motion To Dismiss Complaint, Or, Alternatively, Motion For A More Definite Statement, And Incorporated Memorandum Of Law (DE 11) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __3rd__ day of March, 2014.

_William J. Z_

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties Of Record